BLANK ROME LLP
Lawrence C. Hinkle (SBN 180551)
Hinkle-l@blankrome.com
Cheryl S. Chang (SBN 237098)
Chang@blankrome.com
1925 Century Park East, 19th Floor
Los Angeles, Ca 90067
Telephone: 424.239.3400
Facsimile: 424.239.3434

Attorneys for Defendant
Language Services Associates, INC.

*IT IS SO ORDERED*
*Judge James Ware*
7/6/2010

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANGUAGE LINE SERVICES, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>LANGUAGE SERVICES ASSOCIATES, LLC, a Pennsylvania corporation; WILLIAM SCHWARTZ, an individual; PATRICK CURTIN, an individual; and DOE DEFENDANTS 1 THROUGH 50,<br><br>　　　　　Defendant. | Case No. CV 10-02605 JW<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT LANGUAGE SERVICES ASSOCIATES, INC. TO RESPOND TO THE COMPLAINT**<br><br>Complaint Filed:　　6/14/2010<br>Current Response Date:　7/7/2010<br>New Response Date:　　8/6/2010 |

117115.00601/95028238v.2

**STIPULATION TO EXTEND TIME FOR LANGUAGE SERVICES ASSOC., INC. TO RESPOND TO COMPLAINT**

IT IS HERBY STIPULATED by and between Plaintiff Language Line Services, Inc. ("LLS") and Defendant Language Services Associates, Inc. ("LSA"), erroneously sued as "Language Services Associates, LLC", through their respective counsel of record that LSA's time to file a response to LLS's Complaint shall be extended from July 7, 2010 to August 6, 2010.  This Stipulation will not alter the date of any event or any deadline already fixed by Court order.

## AGREEMENT

IT IS NOW THEREFORE AGREED by and between the parties hereto and through their respective counsel that:

The deadline for LSA's Response to Complaint is August 6, 2010

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Respectfully submitted,

DATED: July 2, 2010            BLANK ROME LLP

                               By  /s/ Lawrence C. Hinkle
                                   Lawrence C. Hinkle
                                   Cheryl S. Chang
                               Attorneys for Defendant
                               LANGUAGE SERVICES ASSOCIATES, INC.

DATED: July 2, 2010            COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP

                               By  /s/ Steven M. Weinberg
                                   Steven M. Weinberg
                                   Christopher Marino
                               Attorneys for Plaintiff
                               LANGUAGE LINE SERVICES, INC.

DATED: July 2, 2010            MURPHY ROSEN & MEYLAN LLP

                               By  /s/ Robert Meylan
                                   Robert Meylan
                               Attorneys for Plaintiff
                               LANGUAGE LINE SERVICES, INC.

117115.00601/95028238v.2                 1

**STIPULATION TO EXTEND TIME FOR LANGUAGE SERVICES ASSOC., INC. TO RESPOND TO COMPLAINT**

## ATTESTATION

I hereby certify that for all conformed signatures indicated by a /s/ I have obtained concurrence in the filing of the document which shall serve in lieu of signature(s) on the document.

DATED: July 2, 2010     By  /s/ Cheryl S. Chang
                            Cheryl S. Chang

                            Attorney for Defendant
                            LANGUAGE SERVICES ASSOCIATES, INC.