1  Danielle Ochs-Tillotson, State Bar No. 178677
   danielle.ochstillotson@ogletreedeakins.com
2  Sarah R. Nichols, State Bar No. 233099
   sarah.nichols@ogletreedeakins.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
4  One Market Plaza
   San Francisco, CA  94105
5  Telephone:    415.442.4810
   Facsimile:    415.442.4870
6
7  Attorneys for Defendants
   WILLIAM SCHWARTZ and PATRICK CURTIN

*IT IS SO ORDERED*
*Judge James Ware*
7/6/2010

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| LANGUAGE LINE SERVICES, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>LANGUAGE SERVICES ASSOCIATES, LLC, a Pennsylvania corporation; WILLIAM SCHWARTZ, an individual; and PATRICK CURTIN, an individual,<br><br>            Defendants. | Case No. 10-cv-02605-JW<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS WILLIAM SCHWARTZ AND PATRICK CURTIN TO RESPOND TO THE COMPLAINT**<br><br>Complaint Filed:       June 14, 2010<br>Current Response Date: July 7, 2010<br>New Response Date:    August 6, 2010 |

8840776

Case No. 10-cv-02605-JW
**STIPULATION TO EXTEND TIME FOR DEFENDANTS WILLIAM SCHWARTZ AND PATRICK CURTIN TO RESPOND TO THE COMPLAINT**

1  IT IS HEREBY STIPULATED by and between Plaintiff Language Line Services, Inc. ("LLS") and Defendants William Schwartz and Patrick Curtin ("Defendants"), through their respective counsel of record that Defendants' time to file a response to LLS's complaint shall be extended from July 7, 2010 to August 6, 2010.  This Stipulation will not alter the date of any event or any deadline already fixed by Court order.

**AGREEMENT**

IT IS NOW THEREFORE AGREED by and between the parties hereto and through their respective counsel that:

The deadline for Defendants' Response to Complaint is August 6, 2010.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: July 6, 2010        OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:   /s/  Danielle Ochs-Tillotson
DANIELLE OCHS-TILLOTSON
Attorneys for Defendants
WILLIAM SCHWARTZ and
PATRICK CURTIN

Dated: July 6, 2010        COWAN, DEBAETS, ABRAHAMS & SHEPPARD, LLP

By:   /s/  Steven M. Weinberg
STEVEN M. WEINBERG
Attorneys for Plaintiff
LANGUAGE LINE SERVICES, INC.

Dated: July 6, 2010        MURPHY, ROSEN & MEYLAN LLP

By:   /s/  Robert Meylan
ROBERT MEYLAN
Attorneys for Plaintiff
LANGUAGE LINE SERVICES, INC.

**ATTESTATION**

I hereby certify that for all conformed signatures indicated by an /s/ I have obtained concurrence in the filing of the document which shall serve in lieu of signature(s) on the document.

Dated:  July 6, 2010             OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


                                 By:   /s/  Danielle Ochs-Tillotson
                                    DANIELLE OCHS-TILLOTSON
                                    Attorneys for Defendants
                                    WILLIAM SCHWARTZ and
                                    PATRICK CURTIN

8840776

- 3 -                                                   Case No. 10-cv-02605-JW
**STIPULATION TO EXTEND TIME FOR DEFENDANTS WILLIAM SCHWARTZ AND
PATRICK CURTIN TO RESPOND TO THE COMPLAINT**