UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LANGUAGE LINE SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> LANGUAGE SERVICES ASSOCIATES, LLC, et al., <br><br> Defendants. | Case No.: C 10-2605 JW (PVT) <br><br> **ORDER RE PARTIES' PROPOSED FORM OF PROTECTIVE ORDER** |

On September 8, 2010, the parties submitted a proposed form of stipulated protective order. Some of the provisions of the proposed form of order are not acceptable to the court.[1] Rather than spend time identifying all of the problems with the proposed form of order, the court finds it more efficient to direct the parties to use the one of the court's model forms of protective order. Therefore,

IT IS HEREBY ORDERED that, no later than September 28, 2010, the parties shall submit a

---

[1] For example, Paragraph 4 requires objections to confidentiality designations to be made within 20 days from the date the designation is received by counsel. This provision would preclude counsel from challenging a designation of information that was confidential when designated, but later loses its confidential nature. This provision would also put an unnecessary and undue burden on a party when one side produces documents with a large number of confidentiality designations. There is simply no reason for precluding a party from challenging a confidentiality designation when that party learns that a challenge is warranted, even if the party does not realize a challenge is warranted until months or even years after the designation.

ORDER, *page 1*

revised form of protective order based on one of the court's model forms of protective order available in the "Forms" section of the court's website (www.cand.uscourts.gov)

IT IS FURTHER ORDERED that, pending entry of the final form of protective order, the handling of confidential information shall be governed by the provisions of the court's model "Stipulated Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information And/or Trade Secrets."

Dated: *9/14/10*

PATRICIA V. TRUMBULL
United States Magistrate Judge