STEVEN M. WEINBERG (SBN 235581)
smweinberg@cdas.com
CHRISTOPHER J. MARINO (SBN 264504)
cmarino@cdas.com
COWAN, DEBAETS, ABRAHAMS &
SHEPPARD LLP
30765 Pacific Coast Highway, Suite 411
Malibu, California 90265
Telephone: (310) 457-6100
Facsimile: (310) 457-9555

ROBERT L. MEYLAN (SBN 144031)
rmeylan@murphyrosen.com
PAUL D. MURPHY (SBN 159556)
pmurphy@murphyrosen.com
MARK J. NAGLE (SBN 248873)
mnagle@murphyrosen.com
MURPHY ROSEN & MEYLAN LLP
100 Wilshire Boulevard, Suite 1300
Santa Monica, California 90401-1142
Telephone: (310) 899-3300
Facsimile: (310) 399-7201

Attorneys for Plaintiff
Language Line Services, Inc.
RECEIVED 2010 AUG 24 P 3:56 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NO. DIST. OF CA.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LANGUAGE LINE SERVICES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LANGUAGE SERVICES ASSOCIATES, LLC, a Pennsylvania corporation; WILLIAM SCHWARTZ, an individual; and PATRICK CURTIN, an individual,<br><br>Defendants. | CASE NO. CV 10-02605-JW<br><br>[PROPOSED] ORDER FINDING AS MOOT PLAINTIFF LANGUAGE LINE SERVICES, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL |

1     The Court, having reviewed and considered plaintiff Language Line Services, Inc.'s ("Plaintiff") Administrative Motion for Filing Under Seal and related Opposition to Defendant Language Services Associates, Inc.'s *Ex Parte* Application For Leave, Or in the Alternative, Motion for Leave to File Motion to Reconsider Prior Order Pursuant to Local Rule 7-9, and good cause appearing therefore, the Court rules as follows:

    Plaintiff's Administrative Motion for Filing Under Seal is granted. The Court hereby grants Plaintiff permission to file the following document under seal:

    Exhibit 3 to the Declaration of Steven M. Weinberg in Support of Plaintiff Language Line's Opposition to Defendant Language Services Associates, Inc.'s *Ex Parte* Application For Leave, Or in the Alternative, Motion for Leave to File Motion to Reconsider Prior Order Pursuant to Local Rule 7-9.

**IT IS SO ORDERED.**
The request to file under seal is found as MOOT in light of the Court's Order denying leave for reconsideration (Docket Item No. 66).
DATED: _____9/20/2010_____

_____
UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE

I, MONICA TAPIA, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Murphy Rosen & Meylan LLP, 100 Wilshire Boulevard, Suite 1300, Santa Monica, California 90401-1142. On **August 24, 2010**, I served the document(s) described as **[PROPOSED] ORDER GRANTING PLAINTIFF LANGUAGE LINE SERVICES, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** on the interested parties in this action by enclosing the document(s) in a sealed envelope(s) addressed as follows:

☐ by placing ☐ the original ☐ a true copy thereof enclosed in sealed envelopes addressed according to the attached service list.

| | |
|---|---|
| Lawrence C. Hinkle, Esq.<br>Cheryl S. Chang, Esq.<br>Blank Rome LLP<br>1925 Century Park East, 19th Floor<br>Los Angeles, California 90067<br>Tel: (424) 239-3400<br>Fax: (424) 239-3434 | *Attorneys for Defendant Language Services Associates, Inc.* |
| Danielle Ochs-Tillotson, Esq.<br>Sarah R. Nichols, Esq.<br>Ogletree, Deakins, Nash, Smoak<br>  & Stewart, P.C.<br>Steuart Tower, Suite 1300<br>One Market Plaza<br>San Francisco, California<br>Tel: (415) 442-4810<br>Fax: (415) 442-4870 | *Attorneys for Defendants William Schwartz and Patrick Curtin* |

☒ OVERNIGHT DELIVERY: I deposited such envelope in a facility regularly maintained by [specify name of service:] ☒ FEDERAL EXPRESS ☐ UPS authorized to receive documents at Murphy Rosen & Meylan LLP, 100 Wilshire Boulevard, Suite 1300, Santa Monica, California 90401-1142 with delivery fees fully provided for.

☒ [Federal] I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **August 24, 2010**, at Santa Monica, California.

_____
MONICA TAPIA