**IT IS SO ORDERED AS MODIFIED**

*Judge James Ware*

11/19/2010

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| LANGUAGE LINE SERVICES, INC., a Delaware corporation,<br><br>     Plaintiff,<br><br>vs.<br><br>LANGUAGE SERVICES ASSOCIATES, LLC, a Pennsylvania corporation; WILLIAM SCHWARTZ, an individual; and PATRICK CURTIN, an individual,<br><br>     Defendants. | CASE NO. CV 10-02605-JW<br><br>**[PROPOSED] ORDER RE: STIPULATION TO FILE FIRST AMENDED COMPLAINT AND RELATED RELIEF** |

1   The Court, having considered the parties' Stipulation for Leave to File First Amended Complaint and Related Relief, and good cause appearing therefore, rules as follows:

1. On or before November 23, 2010, Plaintiff shall file its Amended Complaint as a separate docket entry.

2. The motion to dismiss and the motion to strike filed by defendant Language Services Associates, Inc. and the motion to dismiss filed by defendants William Schwartz and Patrick Curtin (the "Schwartz/Curtin Motion"), all of which are currently scheduled for December 13, 2010, and deemed as withdrawn except that the portion of the Schwartz/Curtin Motion seeking the dismissal of the Complaint (and now the First Amended Complaint) for lack of personal jurisdiction will remain on calendar for December 13, 2010. (Docket Item No. 56.)

The Clerk shall terminate Docket Item No. 54, 55.

DATED:  November 19, 2010

_____
United States District Judge