```
 1  BLANK ROME LLP
    Cheryl S. Chang (SBN 237098)
 2  Chang@blankrome.com
    Colleen A. Carolan (SBN 210755)
 3  Carolan@blankrome.com
    1925 Century Park East, 19th Floor
 4  Los Angeles, Ca 90067
    Telephone:  424.239.3400
 5  Facsimile:  424.239.3434

 6  BLANK ROME LLP
    Scott F. Cooper (Pro Hac Vice)
 7  Cooper@blankrome.com
    One Logan Square
 8  130 North 18th Street
    Philadelphia, Pennsylvania 19103
 9  Telephone:  215.569.5487
    Facsimile:  215.832.5487
10
    Attorneys for Defendant
11  LANGUAGE SERVICES ASSOCIATES, INC.
```

**IT IS SO ORDERED**
*Judge James Ware*
2/18/2011

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANGUAGE LINE SERVICES, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>LANGUAGE SERVICES ASSOCIATES, LLC, a Pennsylvania corporation; WILLIAM SCHWARTZ, an individual; PATRICK CURTIN, an individual; and DOE DEFENDANTS 1 THROUGH 50,<br><br>        Defendants. | Case No. CV 10-02605JW<br><br>[ASSIGNED TO THE HONORABLE JAMES WARE]<br><br>**NOTICE OF WITHDRAWAL OF LAWRENCE C. HINKLE AS COUNSEL FOR DEFENDANT LANGUAGE SERVICES ASSOCIATES, INC.** |

117115.00601/95035702v.2

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

Notice is hereby given that Lawrence C. Hinkle, Esq. (SBN 180551) respectfully withdraws as counsel for Defendant Language Services Associates, Inc. ("Defendant"). Pursuant to an agreement with this Defendant, the above-referenced attorney no longer represents any interests of the Defendant in this matter. Scott F. Cooper, Esq. of Blank Rome LLP will continue to represent said Defendant *pro hac vice*, and Cheryl S. Chang, Esq. of Blank Rome LLP, a member of the bar of this Court in good standing who maintains an office within the State of California, shall continue to appear and serve as co-counsel for same pursuant to Local Rule 11-3(a)(3).

DATED: February 17, 2011        BLANK ROME LLP

By /s/ Cheryl S. Chang
Scott F. Cooper
Colleen A. Carolan
Cheryl S. Chang
Attorneys for Defendant
LANGUAGE SERVICES ASSOCIATES, INC.

117115.00601/95035702v.2

NOTICE OF WITHDRAWAL OF LAWRENCE C. HINKLE AS COUNSEL FOR
DEFENDANT LANGUAGE SERVICES ASSOCIATES, INC.
Case No. CV-10-02605JW