**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7            IN THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                    SAN JOSE DIVISION

10   Language Line Services, Inc.,                    NO. C 10-02605 JW

11              Plaintiff,                   **ORDER OVERRULING DEFENDANT'S**
                                            **OBJECTIONS TO SPECIAL MASTER'S**
        v.                                  **DISCOVERY ORDER NO. 5**
12
     Language Services Assoc., LLC, et al.,
13
              Defendants.
14   _____/

15        Presently before the Court is Language Services Associates, Inc.'s ("Defendant LSA")

16   Objections to Special Master's February 24, 2011 Discovery Order Number 5.  (hereafter,

17   "Objections," Docket Item No. 131.)  The Court finds it appropriate to take the matter under

18   submission without oral argument.  See Civ. L.R. 7-1(b).[1]

19        On February 24, 2011, the Special Master issued Discovery Order No. 5, in which he granted

20   in part and denied in part Plaintiff's request for a determination that Defendant LSA cannot

21   communicate with Jackson Memorial Hospital ("Jackson") and Rush University Medical Center

22   ("Rush").  (hereafter, "DO 5," Docket Item No. 127.)  In Discovery Order No. 5, the Special Master

23   determined that (1) Defendant LSA may continue to service Rush and may increase its services to

24

25        [1]  Accordingly, the Court DENIES as moot Defendant LSA's Motion for an Order
     Scheduling a Hearing for Defendant LSA's Objections.  (Docket Item No. 135.)  As the Court has
26   previously stated, there is no requirement to grant Defendant "a hearing" on its objections, as
     Federal Rule of Civil Procedure 53(f) merely speaks to "giv[ing] the parties notice and an
27   opportunity to be heard."  Fed. R. Civ. P. 53(f)(1).  (See Docket Item Nos. 104, 116.)  Here,
     Defendant LSA has filed an extensive brief for the Court's consideration.  (Docket Item No. 131.)
28   Thus, the Court has afforded Defendant LSA with an opportunity to make its case.

United States District Court

For the Northern District of California

1  Rush at Rush's request but may not solicit further business from Rush, and (2) Defendant LSA may

2  not provide services to Jackson.  (DO 5 at 1-2.)  In so ruling, the Special master specifically

3  determined that Rush was a "customer" with whom Defendant LSA had an existing contractual

4  relationship while Jackson was not.  (DO 5 at 3-4.)

5      The Court reconsiders a recommendation of the Special Master pertaining to a non-

6  dispositive motion or pretrial discovery matter only where the Special Master's recommendation is

7  clearly erroneous or contrary to law.  (See Order of Appointment, Docket Item Nol. 51 at 2.)

8      Here, the Court finds that the Special Master's recommendation is not clearly erroneous or

9  contrary to law.  The Court's Injunction prevents Defendant from:

10         Contacting, communicating, soliciting, dealing, or doing business with any of the customers
          or their representatives appearing on the Brian List, the September 2009 Report or any other
11         document or records containing any of Plaintiff's Trade Secrets, except where Defendant
          LSA has an existing contractual relationship with such a customer that was not obtained
12         using any of Plaintiff's Trade Secrets, and only to the extent necessary for Defendant LSA to
          satisfy its currently existing contractual obligations to that customer.
13
   (Docket Item No. 50 at 10-11.)  The Special Master specifically found that, notwithstanding the
14
   group purchasing organization agreement (GPO), Jackson was not a "customer" with whom
15
   Defendant LSA had an existing contractual relationship.  (DO 5 at 3-4.)  Specifically, the Special
16
   Master required a showing that Defendant LSA "had a 'letter of designation/commitment' with any
17
   member of the GPO whose name is included on [P]laintiff's Trade Secret list, which agreement
18
   predates the Injunction" before it could be established that a GPO member was a customer with
19
   whom Defendant LSA had an existing contractual relationship.  (DO 5 at 5.)  Finally, the Special
20
   Master determined that there were procedures set out in the GPO agreement that allowed Defendant
21
   LSA to opt out of providing services to GPO members without being subject to cancellation of the
22
   GPO agreement.  (DO 5 at 4.)  Upon review, the Court finds that none of these factual findings by
23
   the Special Master are clearly erroneous.
24

25

26

27

28
                                                    2

United States District Court

For the Northern District of California

1      Accordingly, the Court OVERRULES Defendant's Objection to Special Master Discovery

2  Order No. 5.

3

4  Dated:  March 15, 2011                         _____

                                        JAMES WARE

5                                  United States District Chief Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                    3

**United States District Court**

For the Northern District of California

1    **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2    Cheryl Stephanie Chang chang@blankrome.com
Christopher Joseph Marino cmarino@cdas.com

3    Danielle Ochs-Tillotson dot@ogletreedeakins.com
Mark J. Nagle mnagle@murphyrosen.com

4    Paul D. Murphy pmurphy@murphyrosen.com
Robert L. Meylan rmeylan@murphyrosen.com

5    Sarah Rebecca Nichols sarah.nichols@ogletreedeakins.com
Steven Marc Weinberg smweinberg@cdas.com

6    Thomas H R Denver tdenver@mediationmasters.com

7

8    **Dated:  March 15, 2011**                 **Richard W. Wieking, Clerk**

9                                      **By:    /s/ JW Chambers**
                                          **Elizabeth Garcia**

10                                           **Courtroom Deputy**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28