IT IS SO ORDERED

*James Ware*

Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LANGUAGE LINE SERVICES, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>LANGUAGE SERVICES ASSOCIATES, INC. [originally misnamed as LANGUAGE SERVICES ASSOCIATES, LLC], a Pennsylvania corporation; WILLIAM SCHWARTZ, an individual; and PATRICK CURTIN, an individual,<br><br>    Defendants. | CASE NO. CV 10-02605-JW<br><br>~~[PROPOSED]~~ ORDER RE: STIPULATION TO EXTEND THE TIME FOR COUNTER-DEFENDANTS TO RESPOND TO LANGUAGE SERVICES ASSOCIATES, INC.'S COUNTERCLAIMS |
| LANGUAGE SERVICES ASSOCIATES, INC., a Pennsylvania corporation,<br><br>    Counter-Claimant,<br><br>vs.<br><br>LANGUAGE LINE SERVICES, INC., a Delaware corporation,<br><br>    Counter-Defendant,<br><br>and BRYAN LUCAS, an individual,<br><br>    Third Party-Defendant. | |

The Court, having considered the parties' Stipulation to Extend the Time for Counter-Defendants to Respond to Language Services Associates, Inc.'s Counterclaims, and good cause appearing therefore, rules as follows:

Counter-Defendants Language Line Services, Inc. and Bryan Lucas will have until June 24, 2011, to answer or otherwise respond to Language Services Associates, Inc.'s counterclaims filed on May 2, 2011.

**IT IS SO ORDERED.**


DATED: _____   May 27, 2011

_____
United States District Judge