

IT IS SO ORDERED

Judge James Ware

BLANK ROME LLP
Scott F. Cooper (*Pro Hac Vice*)
Cooper@blankrome.com
Leigh Ann Buziak (*Pro Hac Vice*)
LBuziak@blankrome.com
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
Telephone:  215.569.5487
Facsimile:   215.832.5487

BLANK ROME LLP
Cheryl S. Chang (SBN 237098)
Chang@blankrome.com
Colleen A. Carolan (SBN 210755)
Carolan@blankrome.com
1925 Century Park East, 19th Floor
Los Angeles, CA  90067
Telephone:    424.239.3400
Facsimile:     424.239.3434

Attorneys for Defendant and Counterclaimant
LANGUAGE SERVICES ASSOCIATES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO BRANCH

| | |
|---|---|
| LANGUAGE LINE SERVICES, INC., a Delaware corporation,<br><br>                            Plaintiff,<br><br>       vs.<br><br>LANGUAGE SERVICES ASSOCIATES, LLC, a Pennsylvania corporation; WILLIAM SCHWARTZ, an individual; PATRICK CURTIN, an individual; and DOE DEFENDANTS 1 THROUGH 50,<br><br>                            Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. CV 10-02605 JW<br><br>**[PROPOSED]** **ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR FILING OPPOSITION AND REPLY BRIEFS TO CROSS-DEFENDANTS LANGUAGE LINE SERVICES, INC.'S AND BRYAN LUCAS'S MOTIONS TO DISMISS AND STRIKE** |

117115.00601/95044021v.1

The Court, having considered the Parties' Stipulation to Extend Time For Filing Opposition and Reply briefs to Plaintiff and Cross-Defendant Language Line Services, Inc.'s ("Language Line") and Cross-Defendant Bryan Lucas's ("Lucas") following motions and supporting pleadings (collectively, "Motions"):

1) Motion to Dismiss Language Services Associates, Inc.'s Third Party Claims Against Bryan Lucas Under Federal Rule of Civil Procedure 12(b)(2) [Dkt. 149];

2) Declaration of Steven M. Weinberg in Support of Motions to Dismiss and to Strike Language Services Associates, LLC's Counterclaim Under FRCP 12(b)(6) and CCP § 425.16 [Dkt. 150];

3) Plaintiff Language Line Service, Inc's Request for Judicial Notice in Support of its Motion to Strike Counterclaims Under FRCP 12(f) and Motion to Dismiss Pursuant to Rule 12(b)(6) [Dkt. 151];

4) Plaintiff Language Line Service's Motion To Dismiss Language Services Associates, Inc.'s Counterclaim Under FRCP 12(b)(6) [Dkt. 152];

5) Motion to Strike Counterclaim and Each Claim for Relief Therein Pursuant to California Code of Civil Procedure § 425.16 [Dkt. 153]; and

6) Plaintiff Language Line Service, Inc.'s Motion to Strike Portions of Defendant Language Services Associates, Inc.'s Counterclaims Under FRCP 12(f) [Dkt. 154];

and good cause appearing therefore, rules as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

117115.00601/95044021v.1            1

**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR OPPOSITION & REPLY BRIEFS**

1) The deadline for LSA's oppositions to the Motions is September 12, 2011;

2) The deadline for Language Line's and Lucas's replies to the Motions is October 3, 2011; and

3) The hearing for the Motions is moved to for October 17, 2011 at 9:00 a.m. in the above-entitled Court.

**IT IS SO ORDERED.**

DATED: August 24, 2011

JAMES WARE
Chief Judge of the Northern District of California

117115.00601/95044021v.1                           2

**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR OPPOSITION AND REPLY BRIEFS**