*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| LANGUAGE LINE SERVICES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LANGUAGE SERVICES ASSOCIATES, LLC, a Pennsylvania corporation; WILLIAM SCHWARTZ, an individual; and PATRICK CURTIN, an individual,<br><br>Defendants.<br><br>LANGUAGE SERVICES ASSOCIATES, INC., a Pennsylvania corporation,<br><br>Counter-Claimant,<br><br>vs.<br><br>LANGUAGE LINE SERVICES, INC., a Delaware corporation,<br><br>Counter-Defendant,<br><br>and BRYAN LUCAS, an individual,<br><br>Third Party-Defendant. | CASE NO. CV 10-02605-JW<br><br>**[PROPOSED] ORDER RE: STIPULATION REGARDING EXPERT WITNESS DISCLOSURES** |

1         The Court, having considered the parties' Stipulation Continuing Expert Witness
Disclosures Pending (A) Parties' Stipulation on Discovery Cutoff and Related Dates, or (B) Court's Ruling on *Ex Parte* Application to Continue Discovery Cutoff and Related Dates, and good cause appearing therefore, rules as follows:

        1.    Expert witness disclosures and reports are due (a) if Language Line's *ex parte* application is denied, thirty days (30) after the Court denies that application (with rebuttal witness disclosures and reports due fourteen days (14) after the expert witness disclosures and reports are due); or (b) if Language Line's *ex parte* application is granted, on whatever new date the Court sets; or (c) if the parties reach an agreement on the discovery cutoff and related deadlines, o~~n whatever new dates to which the parties stipulate and the Court approve~~s subject to the Court's approval.

**IT IS SO ORDERED.**

DATED: 10/18/11            *James Ware*
                                                 United States District Judge