*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| LANGUAGE LINE SERVICES, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>vs.<br><br>LANGUAGE SERVICES ASSOCIATES, LLC, a Pennsylvania corporation; WILLIAM SCHWARTZ, an individual; and PATRICK CURTIN, an individual,<br><br>            Defendants.<br><br>LANGUAGE SERVICES ASSOCIATES, INC., a Pennsylvania corporation,<br><br>            Counter-Claimant,<br><br>vs.<br><br>LANGUAGE LINE SERVICES, INC., a Delaware corporation,<br><br>            Counter-Defendant,<br><br>and BRYAN LUCAS, an individual,<br><br>            Third Party-Defendant. | CASE NO. CV 10-02605-JW<br><br>**[PROPOSED] ORDER RE: STIPULATION REGARDING EXPERT WITNESS DISCLOSURES** |

1    The Court, having considered the parties' Stipulation Continuing Expert Witness
2  Disclosures Pending (A) Parties' Stipulation on Discovery Cutoff and Related Dates, or (B)
3  Court's Ruling on *Ex Parte* Application to Continue Discovery Cutoff and Related Dates, and
4  good cause appearing therefore, rules as follows:
5    1.   Expert witness disclosures and reports are due (a) if Language Line's *ex parte*
6  application is denied, thirty days (30) after the Court denies that application (with rebuttal
7  witness disclosures and reports due fourteen days (14) after the expert witness disclosures and
8  reports are due); or (b) if Language Line's *ex parte* application is granted, on whatever new
9  date the Court sets; or (c) if the parties reach an agreement on the discovery cutoff and related
10 deadlines, ~~on whatever new dates to which the parties stipulate and the Court approve~~s subject to the Court's approval.

11 **IT IS SO ORDERED.**

14 DATED:  10/18/11

_____
United States District Judge