**IT IS SO ORDERED**

*Judge James Ware*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| LANGUAGE LINE SERVICES, INC., a Delaware corporation,<br><br>    Plaintiff,<br>vs.<br><br>LANGUAGE SERVICES ASSOCIATES, INC. [originally misnamed as LANGUAGE SERVICES ASSOCIATES, LLC], a Pennsylvania corporation; WILLIAM SCHWARTZ, an individual; and PATRICK CURTIN, an individual,<br><br>    Defendants. | CASE NO. CV 10-02605-JW<br><br>**[PROPOSED]** **ORDER RE: JOINT STIPULATION TO EXTEND TIME FOR DISCOVERY AND RELATED DATES** |
| LANGUAGE SERVICES ASSOCIATES, INC., a Pennsylvania corporation,<br><br>    Counter-Claimant,<br>vs.<br><br>LANGUAGE LINE SERVICES, INC., a Delaware corporation,<br><br>    Counter-Defendant,<br><br>and BRYAN LUCAS, an individual,<br><br>    Third Party-Defendant. | |

The Court, having considered the parties' Stipulation to Extend Time for Discovery and Related Dates, and good cause appearing therefore, rules as follows:

1. The Close of All Discovery shall be extended to April 19, 2012 to allow the parties to complete discovery.

2. The last date for hearing dispositive motions shall be extended to June 25, 2012.

3. The Preliminary Pretrial Conference shall be moved to March 19, 2012 at 11:00 a.m.

4. The Preliminary Pretrial Conference Statements shall be due on March 9, 2012.

5. Any party wishing to present expert witness testimony with respect to a claim or defense shall lodge with the Court and serve on all other parties the name, address, qualifications, resume and a written report which complies with Fed. R. Civ. P. 26(a)(2)(B) on February 16, 2012.

6. If the testimony of the expert is intended solely to contradict or rebut opinion testimony on the same subject matter identified by another party, the party proffering a rebuttal expert shall make the disclosures required by Fed. R. Civ. P. 26(a)(2)(B) on or before March 1, 2012.

7. Any party objecting to the qualifications or proposed testimony of an expert must file, serve and notice a motion to exclude the expert or any portion of the expert's testimony in writing in accordance with Civil Local Rule 7-2, for hearing no later than forty two (42) days after both expert and rebuttal expert disclosures on a Monday at 9:00 a.m.

**IT IS SO ORDERED**.

DATED: October 25, 2011

The Honorable James Ware
United States District Court