1   BLANK ROME LLP
    Scott F. Cooper (*Pro Hac Vice*)
2   Cooper@blankrome.com
    Leigh Ann Buziak (*Pro Hac Vice*)
3   LBuziak@blankrome.com
    One Logan Square
4   130 North 18th Street
    Philadelphia, PA 19103
5   Telephone:  215.569.5487
    Facsimile:  215.832.5487
6
    BLANK ROME LLP
7   Cheryl S. Chang (SBN 237098)
    Chang@blankrome.com
8   1925 Century Park East, 19th Floor
    Los Angeles, CA  90067
9   Telephone:    424.239.3400
    Facsimile:    424.239.3434
10
11  Attorneys for Defendant and Counterclaimant
    LANGUAGE SERVICES ASSOCIATES, INC.

12

13           IN THE UNITED STATES DISTRICT COURT

14         FOR THE NORTHERN DISTRICT OF CALIFORNIA

                 SAN FRANCISCO BRANCH
15

16

17  LANGUAGE LINE SERVICES, INC., a Delaware | Case No. CV 10-02605 JW
    corporation,

18                      | **[PROPOSED] ORDER GRANTING**
               Plaintiff, | **JOINT STIPULATION REGARDING**
19                     | **MEMORIAL REGIONAL HOSPITAL**
                     | **SOUTH AS IT RELATES TO THE**
         vs. | **PRELIMINARY INJUNCTION**
20

21  LANGUAGE SERVICES ASSOCIATES, LLC, a
    Pennsylvania corporation; WILLIAM SCHWARTZ,
22  an individual; PATRICK CURTIN, an individual;
    and DOE DEFENDANTS 1 THROUGH 50,
23

24               Defendant.

25

26

27

28

ORDER GRANTING JOINT STIPULATION RE MEMORIAL REGIONAL HOSPITAL SOUTH

The Court, having considered the Parties' Joint Stipulation Regarding Memorial Regional Hospital South as it Relates to the Preliminary Injunction and good cause appearing therefore, rules as follows:

1)      LSA may proceed with participating in the RFP and if it is awarded the contract, to provide language services to Memorial Regional Hospital South (the "Contract");

2)      LSA's servicing of Memorial Regional Hospital South pursuant to the Contract will not be considered a violation of the Preliminary Injunction;

3)      This stipulation shall only define LSA's ability to service and communicate with Memorial Regional Hospital South and shall not affect the scope of the Preliminary Injunction as it relates to any other customer on the September 2009 Report;

4)      This Stipulation has no precedential value and the Parties entering into it shall not use this Stipulation or the agreement made in it for any purpose in this litigation or otherwise other than to permit LSA to participate in the RFP and if awarded the contract, to provide the services and have the communications with Memorial Regional Hospital South; and

5)      Should the Preliminary Injunction be dissolved, this stipulation shall terminate. Should the Preliminary Injunction be modified to exclude Memorial Regional Hospital South, this stipulation shall terminate.

**IT IS SO ORDERED.**

DATED:  12/08/11    _____

JAMES WARE
Chief Judge of the Northern District of California

117115.00601/95047939v.1                     1

**ORDER GRANTING JOINT STIPULATION RE MEMORIAL REGIONAL HOSPITAL SOUTH**