IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Language Line Services, Inc., | NO. C 10-02605 JW |
| Plaintiff, | **ORDER CLARIFYING RECENT REFERRAL OF MATTER TO SPECIAL MASTER** |
| v. | |
| Language Services Assoc., LLC, et al., | |
| Defendants. | |

On July 26, 2010, the Court, "due to the parties' consent," appointed Tom Denver as a Special Master in this case pursuant to Fed. R. Civ. P. 53.[1] In that Order, the Court stated that the Special Master "shall preside over all proceedings, with the power to hear and make reports and recommendations" on certain pretrial matters. (Id.) Further, the Court stated that the Special Master "shall exercise the power necessary or proper to regulate all proceedings before him and shall do all acts and take all measures necessary or proper for the efficient performance of his duties under this Order." (Id. at 2.) Finally, the Court stated that the Special Master "shall file numbered interim reports or recommendations to the extent relevant" so as to "recommend the disposition of any matter heard by him," and provided that the parties would have ten days from the date such an interim report or recommendation is filed to "file any objections." (Id.)

Upon review, the Court finds that it is within the purview of the Special Master's duties, as provided by the July 26 Order, to conduct a hearing on a motion for sanctions as referred to him by

---

[1] (Order Appointing Special Master at 1, hereafter, "July 26 Order," Docket Item No. 51.)

the Court. Pursuant to the July 26 Order, any party may file objections to the interim report and recommendation filed by the Special Master following the issuance of his order.

Dated: March 1, 2012

                                           JAMES WARE
                                           United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Cheryl Stephanie Chang chang@blankrome.com
Christopher Joseph Marino cmarino@holmesweinberg.com
Danielle Ochs-Tillotson dot@ogletreedeakins.com
Leigh Ann Buziak lbuziak@blankrome.com
Mark J. Nagle mnagle@murphyrosen.com
Paul D. Murphy pmurphy@murphyrosen.com
Paul D. Murphy pmurphy@murphyrosen.com
Robert L. Meylan rmeylan@murphyrosen.com
Sarah Rebecca Nichols sarah.nichols@ogletreedeakins.com
Steven Marc Weinberg smweinberg@holmesweinberg.com
Thomas H R Denver tdenver@mediationmasters.com

**Dated:  March 1, 2012**                                **Richard W. Wieking, Clerk**

                                                         **By:      /s/ JW Chambers**
                                                         **Susan Imbriani**
                                                         **Courtroom Deputy**