IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Language Line Services, Inc., | NO. C 10-02605 JW |
| Plaintiff, | **ORDER REFERRING ANTICIPATED MOTION TO DEPOSE COUNSEL AND OTHER DISCOVERY MATTERS TO SPECIAL MASTER** |
| v. | |
| Language Services Assoc., LLC, et al., | |
| Defendants. | |

On March 27, 2012, the Court conducted a conference call with the Special Master to assess the status of this case. The Special Master informed the Court that Defendants have expressed a desire to file a motion to depose one of Plaintiff's attorneys, Mr. Weinberg, and that the parties have reported to the Special Master that there are several other outstanding discovery issues needing resolution.

Upon consideration, the Court finds good cause to refer the anticipated motion to depose Plaintiff's counsel and any other outstanding discovery issues to the Special Master for a Report and Recommendation. Consistent with the Court's Order of Appointment,[1] the parties would have ten days from the date of the Special Master's report or recommendation to file any objections.

Dated: March 27, 2012

JAMES WARE
United States District Chief Judge

---

[1] (Order Appointing Special Master at 1, Docket Item No. 51.)

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Cheryl Stephanie Chang chang@blankrome.com
Christopher Joseph Marino cmarino@holmesweinberg.com
Danielle Ochs-Tillotson dot@ogletreedeakins.com
Leigh Ann Buziak lbuziak@blankrome.com
Mark J. Nagle mnagle@murphyrosen.com
Paul D. Murphy pmurphy@murphyrosen.com
Paul D. Murphy pmurphy@murphyrosen.com
Robert L. Meylan rmeylan@murphyrosen.com
Sarah Rebecca Nichols sarah.nichols@ogletreedeakins.com
Steven Marc Weinberg smweinberg@holmesweinberg.com
Thomas H R Denver tdenver@mediationmasters.com

**Dated:  March 27, 2012**                              **Richard W. Wieking, Clerk**

                                                        **By:     /s/ JW Chambers**
                                                        **Susan Imbriani**
                                                        **Courtroom Deputy**

**United States District Court**
For the Northern District of California