BLANK ROME LLP
Scott F. Cooper (*Pro Hac Vice*)
Cooper@blankrome.com
Leigh Ann Buziak (*Pro Hac Vice*)
LBuziak@blankrome.com
Michael T. Murphy (*Pro Hac Vice*)
Murphy-M@blankrome.com
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
Telephone:  215.569.5487
Facsimile:   215.832.5487

BLANK ROME LLP
Cheryl S. Chang (SBN 237098)
Chang@blankrome.com
1925 Century Park East, 19th Floor
Los Angeles, CA  90067
Telephone:    424.239.3400
Facsimile:     424.239.3434

Attorneys for Defendant and Counterclaimant
LANGUAGE SERVICES ASSOCIATES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO BRANCH

| | |
|---|---|
| LANGUAGE LINE SERVICES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LANGUAGE SERVICES ASSOCIATES, LLC, a Pennsylvania corporation; WILLIAM SCHWARTZ, an individual; PATRICK CURTIN, an individual; and DOE DEFENDANTS 1 THROUGH 50,<br><br>Defendant. | Case No. CV 10-02605 JW<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING CARONDELET HEALTH NETWORK AS IT RELATES TO THE PRELIMINARY INJUNCTION** |

117115.00601/95047939v.1

**ORDER GRANTING JOINT STIPULATION RE CARONDELET HEALTH NETWORK**

The Court, having considered the Parties' Joint Stipulation Regarding Carondelet Health Network ("Carondelet") as it Relates to the Preliminary Injunction and good cause appearing therefore, rules as follows:

1) LSA may proceed with providing services to Carondelet under the MedAssets Group Purchasing Agreement and at the request of Carondelet;

2) LSA's servicing of Carondelet under the MedAssets Group Purchasing Agreement and at the request of Carondelet will not be considered a violation of the Preliminary Injunction;

3) This stipulation shall only define LSA's ability to service and communicate with Carondelet and shall not affect the scope of the Preliminary Injunction as it relates to any other customer on the September 2009 Report;

4) This Stipulation has no precedential value and the Parties entering into it shall not use this Stipulation or the agreement made in it for any purpose in this litigation or otherwise other than to permit LSA to provide services and have communications with Carondelet; and

5) Should the Preliminary Injunction be dissolved, this stipulation shall terminate. Should the Preliminary Injunction be modified to exclude Carondelet, this stipulation shall terminate.

**IT IS SO ORDERED.**

DATED: March 27, 2012

_____
JAMES WARE
Chief Judge of the Northern District of California

117115.00601/95047939v.1                    1

**ORDER GRANTING JOINT STIPULATION RE CARONDELET HEALTH NETWORK**