STEVEN M. WEINBERG (SBN 235581)
smweinberg@holmesweinberg.com
HOLMES WEINBERG, P.C.
30765 Pacific Coast Highway, Suite 411
Malibu, California 90265
Telephone: (310) 457-6100
Facsimile: (310) 457-9555

ROBERT L. MEYLAN (SBN 144031)
rmeylan@murphyrosen.com
PAUL D. MURPHY (SBN 159556)
pmurphy@murphyrosen.com
MARK J. NAGLE (SBN 248873)
mnagle@murphyrosen.com
MURPHY ROSEN MEYLAN & DAVITT LLP
100 Wilshire Boulevard, Suite 1300
Santa Monica, California 90401-1142
Telephone: (310) 899-3300
Facsimile: (310) 399-7201

Attorneys for Plaintiff and Counter-Defendant
Language Line Services, Inc. and Third Party Defendant
Bryan Lucas

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| LANGUAGE LINE SERVICES, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> LANGUAGE SERVICES ASSOCIATES, INC. [originally misnamed as LANGUAGE SERVICES ASSOCIATES, LLC], a Pennsylvania corporation; WILLIAM SCHWARTZ, an individual; and PATRICK CURTIN, an individual, <br><br> Defendants. | CASE NO. CV 10-02605-JW <br><br> **JOINT STIPULATION REGARDING USE OF REPORT CONTAINING LANGUAGE LINE CUSTOMER QUARTERLY FINANCIAL DATA** |

MURPHY ROSEN MEYLAN & DAVITT LLP
100 WILSHIRE BOULEVARD, SUITE 1300
SANTA MONICA, CA 90401-1142
TELEPHONE 310-899-3300; FACSIMILE 310-399-7201

MURPHY ROSEN MEYLAN & DAVITT LLP
100 WILSHIRE BOULEVARD, SUITE 1300
SANTA MONICA, CA 90401-1142
TELEPHONE 310-899-3300; FACSIMILE 310-399-7201

1   In accordance with Local Rule 7-12, Plaintiff and Counter-Defendant Language Line

2   Services, Inc. ("Language Line" or "Plaintiff") and Defendant and Counterclaimant Language

3   Services Associates, Inc. ("LSA"), Defendant William Schwartz ("Schwartz") and Defendant

4   Patrick Curtin ("Curtin") (collectively, "Defendants," and together with Plaintiff, the

5   "Parties") jointly submit this stipulation regarding the heightened security protections to be

6   given the information contained in the schedule containing Plaintiff's customer quarterly

7   financial data.

8       **WHEREAS** the parties have agreed that Plaintiff will produce certain highly

9   confidential and sensitive information relating to quarterly financial customer data;

10      **WHEREAS** in addition to the protections provided in the Stipulated Protective Order

11  (Docket Item No. 83) governing production of documents in this case, the parties have agreed

12  to treat the quarterly financial customer data contained in this production with additional

13  security measures before Plaintiff produces this data;

14      **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties that:

15      1.     The schedule containing financial data ("Schedule") will be produced as a

16  password-protected Excel file, and will not include customer names.  Instead, customers will

17  be identified with a unique number assigned to each customer ("Key Number"), which will

18  allow a user to compare the data for a customer on the September 2009 Report with the data on

19  the new document.

20      2.     Plaintiff will produce a key in hard-copy format ("Key") to counsel for

21  Defendants identifying each customer and, for that customer, the Key Number assigned to that

22  customer.  The information in the Key shall be sorted separately (1) by Key Number; (2) by

23  Customer Number; and (3) by Customer Name.  Plaintiff will provide no more than five (5)

24  hard copies of the Key to counsel for LSA and will provide one (1) hard copy of the Key to

25  Counsel for Curtin and Schwartz.  Each copy will be watermarked.  Counsel for Defendants

26  shall identify the persons to be provided with access to the Key, and agree not to make any

27  photocopies of the Key or to reproduce the Key in any manner.

28

-1-

3.      All information in the Schedule will be treated as "Highly Confidential" and for "Attorneys' Eyes Only" pursuant to the protective order previously entered in this case.

4.      Counsel agree to file a motion to file under seal any information contained in the Schedule and to designate portions of testimony referring to and/or introducing data contained in the Schedule as highly confidential.  Any use of information from the Schedule cannot make reference to the client name, but must instead make reference only to the Key Number.

5.      Counsel for Defendants agree not to make any electronic or hard copies of the Schedule or to disseminate it electronically or otherwise except to expert witnesses, who shall be identified in accordance with Defendants' disclosure obligations.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

MURPHY ROSEN MEYLAN & DAVITT LLP
100 WILSHIRE BOULEVARD, SUITE 1300
SANTA MONICA, CA 90401-1142
TELEPHONE 310-899-3300; FACSIMILE 310-399-7201

-2-

6.     Counsel agree that any testimony at trial regarding the information from the Schedule will only proceed after the courtroom is cleared of third parties and Defendants. Trial transcripts containing testimony referring to information from the Schedule will be sealed.

DATED:  April 25, 2012

HOLMES WEINBERG, P.C.

MURPHY ROSEN MEYLAN & DAVITT LLP


By:  /s/ Robert L. Meylan
     Robert L. Meylan
     Attorneys for Plaintiff and Counter-
     Defendant Language Line Services, Inc.
     and Third Party Defendant
     Bryan Lucas

DATED:  April 25, 2012

BLANK ROME LLP


By:  Cheryl Cheng / BLB
     Scott F. Cooper
     Cheryl S. Chang
     Attorneys for Defendant
     Language Services Associates, Inc.

DATED:  April 25, 2012

OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.


By:  Danielle Ochs-Tillotson / BB
     Danielle Ochs-Tillotson, Esq.
     Sarah R. Nichols, Esq.
     Attorneys for Defendants
     William Schwartz and Patrick Curtin

MURPHY ROSEN MEYLAN & DAVITT LLP
100 WILSHIRE BOULEVARD, SUITE 1300
SANTA MONICA, CA 90401-1142
TELEPHONE 310-899-3300; FACSIMILE 310-399-7201

*STIPULATION RE: USE OF LIST CONTAINING LLS CUSTOMER QUARTERLY FINANCIAL DATA - CV 10-02605-JW*

1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **NORTHERN DISTRICT OF CALIFORNIA**

10                         **SAN FRANCISCO DIVISION**

11

| | |
|---|---|
| LANGUAGE LINE SERVICES, INC., a Delaware corporation, | CASE NO. CV 10-02605-JW |
| Plaintiff, | **[PROPOSED] ORDER RE: JOINT STIPULATION REGARDING USE OF REPORT CONTAINING LANGUAGE LINE CUSTOMER QUARTERLY FINANCIAL DATA** |
| vs. | |
| LANGUAGE SERVICES ASSOCIATES, INC. [originally misnamed as LANGUAGE SERVICES ASSOCIATES, LLC], a Pennsylvania corporation; WILLIAM SCHWARTZ, an individual; and PATRICK CURTIN, an individual, | |
| Defendants. | |
| LANGUAGE SERVICES ASSOCIATES, INC., a Pennsylvania corporation, | |
| Counter-Claimant, | |
| vs. | |
| LANGUAGE LINE SERVICES, INC., a Delaware corporation, | |
| Counter-Defendant, | |
| and BRYAN LUCAS, an individual, | |
| Third Party-Defendant. | |

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The Court, having considered the parties' Stipulation Regarding the Use of Report Containing Language Line Customer Quarterly Financial Data, and good cause appearing therefore, rules as follows:

1.      The schedule containing financial data ("Schedule") shall be produced as a password-protected Excel file, and shall not include customer names.  Instead, customers shall be identified with a unique number assigned to each customer ("Key Number"), which will allow a user to compare the data for a customer on the September 2009 Report with the data on the new document.

2.      Plaintiff shall produce a key in hard-copy format ("Key") to counsel for Defendants identifying each customer and, for that customer, the Key Number assigned to that customer.  The information in the Key shall be sorted separately (1) by Key Number; (2) by Customer Number; and (3) by Customer Name.  Plaintiff shall provide no more than five (5) hard copies of the Key to counsel for LSA and will provide one (1) hard copy of the Key to Counsel for Curtin and Schwartz.  Each copy shall be watermarked.  Counsel for Defendants shall identify the persons to be provided with access to the Key, and agree not to make any photocopies of the Key or to reproduce the Key in any manner.

3.      All information in the Schedule shall be treated as "Highly Confidential" and for "Attorneys' Eyes Only" pursuant to the protective order previously entered in this case.

4.      Counsel shall file a motion to file under seal any information contained in the Schedule and to designate portions of testimony referring to and/or introducing data contained in the Schedule as highly confidential.  Any use of information from the Schedule shall not make reference to the client name, but must instead make reference only to the Key Number.

5.      Counsel for Defendants shall not make any electronic or hard copies of the Schedule or to disseminate it electronically or otherwise except to expert witnesses, who shall be identified in accordance with Defendants' disclosure obligations.

6.      Any testimony at trial regarding the information from the Schedule shall only proceed after the courtroom is cleared of third parties and Defendants.  Trial transcripts containing testimony referring to information from the Schedule shall be sealed.

**IT IS SO ORDERED**.

DATED: ___ 4/27/12 _____

_____
The Honorable
United State

IT IS SO ORDERED

Judge James Ware