IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LANGUAGE LINE SERVICES, INC., | No. C 10-02605 RS |
| Plaintiff, | **CASE MANAGEMENT SCHEDULING ORDER** |
| v. | |
| LANGUAGE SERVICES ASSOCIATES, INC. WILLIAM SCHWARTZ, and PATRICK CURTIN, | |
| Defendant. | |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on October 4, 2012. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

    1.    ALTERNATIVE DISPUTE RESOLUTION.

The parties shall continue informal discussions and notify the Court should they believe a referral to the Judicial Officer will be beneficial.

    2.    DISCOVERY.

This case has been referred to a Special Master who will continue to oversee all discovery issues that arise.

    3.    EXPERT WITNESSES. The disclosure and discovery of expert witnesses and opinions shall proceed as follows:

1    A.    On or before November 19, 2012, expert reports will be due in accordance with Federal Rule of Civil Procedure 26(a)(2).

B.    On or before December 4, 2012, parties will submit reports of their supplemental and rebuttal experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

4.    PRETRIAL MOTIONS.  All pretrial motions must be filed and served pursuant to Civil Local Rule 7.  All pretrial motions shall be heard no later than April 4, 2013.

5.    PRETRIAL CONFERENCE.  The final pretrial conference will be held on **May 2, 2013 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  Each party or lead counsel who will try the case shall attend personally.

6.    TRIAL DATE.  Trial shall commence on **May 13, 2013 at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

DATED:   10/15/12

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER

2