IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LANGUAGE LINE SERVICES, INC,<br><br>    Plaintiff,<br><br>  v.<br><br>LANGUAGE SERVICES ASSOCIATES, INC., WILLIAM SCHWARTZ, PATRICK CURTIN, AND DOES 1 through 50,<br><br>    Defendants.<br>_____/ | No. CV 10-02605 RS<br><br>**ORDER GRANTING HEARING REGARDING OBJECTIONS TO SPECIAL MASTER** |

Language Services Associates, Inc.'s objections to the Special Master's October 26, 2012 recommended discovery order are hereby set for hearing on **December 13, 2012 at 1:30 p.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. The Court reserves the right to determine subsequently that any right to a "hearing" may not include the right to oral argument, and therefore to take the matter under submission pursuant to Local Rule 7-1(b), if it appears appropriate to do so.

IT IS SO ORDERED.

Dated: 11/6/12

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE