IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO BRANCH

| | |
|---|---|
| LANGUAGE LINE SERVICES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LANGUAGE SERVICES ASSOCIATES, LLC, a Pennsylvania corporation; WILLIAM SCHWARTZ, an individual; PATRICK CURTIN, an individual; and DOE DEFENDANTS 1 THROUGH 50,<br><br>Defendant. | Case No. CV 10-02605 RS<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING DEADLINE FOR PRETRIAL MOTIONS** |

117115.00601/95123567v.1

[~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING DEADLINE FOR PRETRIAL MOTIONS - CV 10-02605 RS**

The Court, having considered the parties' Joint Stipulation to Continue the Hearing Deadline for Pretrial Motions, and good cause appearing therefore, rules as follows:

1) The Pretrial Motion Hearing Deadline Set forth in the October 15, 2012 Case Management Order shall be continued to April 11, 2013, at 1:30p.m.; and

2) The deadline to file all Pretrial Motions shall be continued to March 7, 2013.

**IT IS SO ORDERED.**

DATED: 2/20/13

*[signature]*

The Honorable Richard Seeborg
Judge of the Northern District of California
United States District Court