FILED UNDER SEAL

PURSUANT TO ADMINISTRATIVE MOTION TO FILE UNDER SEAL

# EXHIBIT HH

117115.00601/95127413v.1