1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO BRANCH

| LANGUAGE LINE SERVICES, INC., a Delaware corporation, | Case No. CV 10-02605 RS |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO CONTINUE FILING DEADLINES AND HEARING FOR MOTIONS IN LIMINE CURRENTLY PENDING BEFORE THE COURT |
| vs. | |
| LANGUAGE SERVICES ASSOCIATES, LLC, a Pennsylvania corporation; WILLIAM SCHWARTZ, an individual; PATRICK CURTIN, an individual; and DOE DEFENDANTS 1 THROUGH 50, | |
| Defendant. | |

117115.00601/95123567v.1

The Court, having considered Plaintiff Language Line Services, Inc. ("Language Line") and Defendants Language Services Associates, Inc. ("LSA"), Patrick Curtin ("Curtin") and William Schwartz's ("Schwartz") (collectively with Curtin and LSA, the "Defendants", and collectively with Language Line, the "Parties") Joint Stipulation to continue the filing deadline and hearing date for the Parties' motions in limine:

**Proceedings Before the Special Master**

1. The Special Master shall set a hearing and briefing schedule for addressing the issue regarding the Cipollini Declaration and issue a Report and Recommendation.

2. Any Objection to the Report and Recommendation on this subject matter shall be filed within ten (10) days after issuance of the Special Master's Report and Recommendation.

3. Any Opposition to the Objection to the Report and Recommendation on this subject matter shall be filed within seven (7) days after the filing of any Objection.

**Pending Motions for Summary Judgment**

4. The Parties shall file oppositions to the pending motions for summary judgment [Dkt. Nos. 318, 320, and 323] by Thursday, March 21, 2013, as currently scheduled.

5. The Parties shall file replies to the pending motions for summary judgment [Dkt. Nos. 318, 320, and 323] by Thursday March 28, 2013, as currently scheduled.

6. The hearing on the motions for summary judgment [Dkt. Nos. 318, 320, and 323] shall remain on April 11, 2013, at 1:30 p.m, as currently scheduled.

7. In the event the Special Master permits additional discovery on the disputes regarding the Cipollini Declaration, the Court will allow supplemental briefs on that new evidence, not to exceed five (5) pages in length, which shall be filed within 10 days of the later of the completion of such discovery or the issuance of any supplemental rebuttal report by LSA's digital forensic expert. The Defendants shall file their oppositions to Language Line's motion for partial summary judgment [Dkt. 318] and may address the Cipollini Declaration to the extent possible, however, the Defendants

117115.00601/95123567v.1                          1

[~~PROPOSED~~] ORDER GRANTING
JOINT STIPULATION TO CONTINUE HEARING AND FILING DEADLINES FOR MOTIONS IN LIMINE
CV 10-02605 RS

reserve all rights regarding the Cipollini Declaration pending the outcome of the proceedings before the Special Master.

**Motions in Limine**

8.   The Parties shall file their oppositions to pending motions in limine [Dkts. 313, 314, 315 and 324], on or before 21 days before the date of the rescheduled final Pretrial Conference.

9.   The Parties shall file their replies to pending motions in limine [Dkts. 313, 314, 315 and 324], on or before 14 days before the dare of the rescheduled final Pretrial Conference.

10.   The hearing on the pending motions in limine will be held on the date and time of the rescheduled final Pretrial Conference.

**IT IS SO ORDERED.**

DATED:   3/14/13

The Honorable Richard Seeborg
Judge of the Northern District of California
United States District Court

117115.00601/95123567v.1                                    2

[PROPOSED] ORDER GRANTING
JOINT STIPULATION TO CONTINUE HEARING AND FILING DEADLINES FOR MOTIONS IN LIMINE
CV 10-02605 RS