IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO BRANCH

| | |
|---|---|
| LANGUAGE LINE SERVICES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LANGUAGE SERVICES ASSOCIATES, LLC, a Pennsylvania corporation; WILLIAM SCHWARTZ, an individual; PATRICK CURTIN, an individual; and DOE DEFENDANTS 1 THROUGH 50,<br><br>Defendant. | Case No. CV 10-02605 RS<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING FOR EXPERT AND REASONABLE ROYALTY RELATED MOTIONS IN LIMINE<br><br><u>Original Hearing Date</u><br>October 4, 2013<br><br><u>New Hearing Date</u><br>December 13, 2013, 10:00 a.m. |

117115.00601/95148257v.1

The Court, having considered Plaintiff Language Line Services, Inc. ("Language Line") and Defendants Language Services Associates, Inc. ("LSA"), Patrick Curtin ("Curtin") and William Schwartz's ("Schwartz") (collectively with Curtin and LSA, the "Defendants", and collectively with Language Line, the "Parties") Joint Stipulation to continue the hearing date for expert and reasonable royalty related motions in limine originally set by the Court at the July 18, 2013 Further Case Management Conference:

1. The hearing on motions in limine regarding experts and reasonable royalties shall be continued from Friday, October 4, 2013 to Friday, December 13, 2013, at 10:00a.m.

2. If the Parties do not resolve this action through settlement, the Parties shall subsequently file a stipulation on the briefing schedule for the motions in limine regarding reasonable royalties and experts to be heard on December 13, 2013.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _8/14/13_____   _____
The Honorable Richard Seeborg
Judge of the Northern District of California
United States District Court

117115.00601/95148257v.1                    1

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING FOR EXPERT AND REASONABLE ROYALTY RELATED MOTIONS IN LIMINE**
**CV 10-02605 RS**