1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO BRANCH

| | |
|---|---|
| LANGUAGE LINE SERVICES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LANGUAGE SERVICES ASSOCIATES, LLC, a Pennsylvania corporation; WILLIAM SCHWARTZ, an individual; PATRICK CURTIN, an individual; and DOE DEFENDANTS 1 THROUGH 50,<br><br>Defendant. | Case No. CV 10-02605 RS<br><br>**[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING FOR EXPERT AND REASONABLE ROYALTY RELATED MOTIONS IN LIMINE**<br><br>Original Hearing Date<br>December 13, 2013, 10:00a.m.<br><br>New Hearing Date<br>February 21, 2014, 10:00 a.m. |

117115.00601/95154501v.1

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING FOR EXPERT AND REASONABLE ROYALTY RELATED MOTIONS IN LIMINE**
**CV 10-02605 RS**

The Court, having considered Plaintiff Language Line Services, Inc. ("Language Line") and Defendants Language Services Associates, Inc. ("LSA"), Patrick Curtin ("Curtin") and William Schwartz's ("Schwartz") (collectively with Curtin and LSA, the "Defendants", and collectively with Language Line, the "Parties") Joint Stipulation to continue the hearing date for expert and reasonable royalty related motions in limine originally set by the Court at the July 18, 2013 Further Case Management Conference and previously continued by stipulation of the Parties and approval of the Court on August 14, 2013 [Dkt No. 409]:

1. The hearing on motions in limine regarding experts and reasonable royalties shall be continued from Friday, December 13, 2013, at 10:00a.m. to Friday, February 21, 2014, at 10:00a.m

2. If the Parties do not resolve this action through settlement, the Parties shall subsequently file a stipulation on the briefing schedule for the motions in limine regarding reasonable royalties and experts to be heard on February 21, 2014.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 10/1/13

_____
The Honorable Richard Seeborg
Judge of the Northern District of California
United States District Court

117115.00601/95154501v.1

1

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING FOR EXPERT AND REASONABLE ROYALTY RELATED MOTIONS IN LIMINE**
**CV 10-02605 RS**