IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO BRANCH

| | |
|---|---|
| LANGUAGE LINE SERVICES, INC., a Delaware corporation,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>LANGUAGE SERVICES ASSOCIATES, LLC, a Pennsylvania corporation; WILLIAM SCHWARTZ, an individual; PATRICK CURTIN, an individual; and DOE DEFENDANTS 1 THROUGH 50,<br><br>　　　　　　　　　Defendant. | Case No. CV 10-02605 RS<br><br>**[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO VACATE THE FINDING OF CONTEMPT [DOCKET NO. 206]** |

117115.00601/95165366v.1

The Court, having considered Plaintiff Language Line Services, Inc. ("Language Line") and Defendants Language Services Associates, Inc. ("LSA"), Patrick Curtin ("Curtin") and William Schwartz's ("Schwartz") (collectively with Curtin and LSA, the "Defendants", and collectively with Language Line, the "Parties") Joint Stipulation to Vacate the Finding of Contempt [Docket No. 206]:

1. The finding of contempt against LSA shall be vacated and noted on the docket of the Court;

2. The order compelling the payment of counsel fees on the proceeding, Docket No. 303, shall be vacated.

3. Language Line will repay the payment of counsel fees to LSA.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 1/2/14

_____
The Honorable Richard Seeborg
Judge of the Northern District of California
United States District Court

117115.00601/95165366v.1

1

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO VACATE THE FINDING OF CONTEMPT [DOCKET NO. 206]**
**CV 10-02605 RS**